# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT L. STICKNEY,
    Petitioner,
    vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE, DEPARTMENT 7,
    Respondent,
    and
THE HONORABLE PATRICK
FLANAGAN, DISTRICT JUDGE,
DEPARTMENT 7; AND JOSEPH R.
PLATER, APPELLATE ATTORNEY
OFFICE OF THE WASHOE COUNTY
DISTRICT ATTORNEY,
    Real Parties in Interest.

No. 70705

FILED

DEC 1 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Cause appearing, petitioner's motion for a voluntary dismissal of this writ petition is granted. This writ petition is dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-38389

cc:    Hon. Patrick Flanagan, District Judge
Robert L. Stickney
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

Supreme Court
OF
Nevaoa

(O) 1947A